IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID JONES MCDANIEL,

    Plaintiff,

vs.                         CASE NO. 1:09CV220-SPM/AK

FLORIDA PAROLE COMMISSION,
    et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause pursuant to 42 U.S.C. §1983 alleging illegal incarceration by the parole officers who would not postpone his violation hearing to allow evidence that would have proven his innocence. (Doc. 1). As relief he seeks a jury trial and an injunction to prevent the DOC from holding him and others suffering from mental illness illegally.

Plaintiff is no longer incarcerated and has provided a financial affidavit in support of his motion for leave to proceed in forma pauperis.

As an initial matter, Plaintiff's release from custody renders his claim for injunctive relief moot. Sumner v. State Bd. Of Pardons and Paroles of Georgia, 255 Fed. Appx. 372 (11th Cir. 2007). The only other relief requested, a jury trial, is also not available to him as a civil rights issue and should have been sought by filing a petition

for habeas corpus relief. However, his release now would also render his habeas petition moot.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to state a claim upon which relief may be granted and that his motion for leave to proceed in forma pauperis be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this __30th__ day of November, 2009.

> *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 1:09cv220-SPM/AK**